**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
      CURTIS HULTS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>CURTIS HULTS,<br><br>      Defendants. | Case No.:  1:13-cr-00396-AWI-BAM<br><br>**STIPULATION AND ORDER TO AVANCE SENTENCING HEARING** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Sentencing Hearing currently scheduled for September 2, 2014, at 10:00 a.m., be advanced to **August 11, 2014**, at 10:00 a.m., or as soon thereafter as is convenient with the court's calendar.  The Presentence Report has been completed and the parties are ready to proceed with sentencing on that date.

Dated: August 1, 2014.

                                                 /s/ Mark W. Coleman
                                                MARK W. COLEMAN
                                                Attorney for Defendant
                                                CURTIS HULTS

Dated: August 1, 2014.

                                            /s/ David Gappa
                                          DAVID GAPPA
                                          Assistant United States Attorney

<u>ORDER</u>

IT IS SO ORDERED.

Dated:   August 1, 2014                                      
                                         SENIOR DISTRICT JUDGE